

**United States District Court**

Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113-1837

Dan Aaron Polster
Judge

Phone (216) 357-7190

August 16, 2011

Judge Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RE:     Calendar Year 2010 Filing

Dear Judge Baldock:

At your request, I have enclosed my Amended Report. I have provided all the information I have regarding the assets in Part VII, lines 38, 39, 78 and 81.

With respect to the accounts described on lines 51 and 52, I have provided additional detail in Column A, along with additional information in Part VIII on page 14.

Dan Aaron Polster
United States District Judge

DAP:dmw

Enclosure

**Polster, Dan A.**

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Polster, Dan A. | 2. Court or Organization<br><br>U.S. Dist. Ct., ND Ohio | 3. Date of Report<br><br>08/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge--Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States District Judge<br>18B Carl B. Stokes U.S. Court<br>Cleveland, Ohio 44113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lifetime Trustee | Agnon School |
| 2. Lifetime Trustee | Siegal College of Jewish Studies |
| 3. Trustee | Jewish Education Center of Cleveland |
| 4. Trustee | Jewish Federation of Cleveland |
| 5. Trustee | Bellefaire Jewish Children's Bureau |
| 6. Trustee | ▓▓▓ trust |
| 7. Board of Directors | Federal Bar Assn (Cleveland chapter) |
| 8. Board of Directors | Mt. Sinai Health Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | U.S. Civil Service Retirement System (CSRS) vested pension for Dept. of Justice service (1976-1998); to be paid upon retirement from judicial service |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 08/15/2011 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2010 | Park Synagogue (Stipend for teaching 10th grade Confirmation class) | $2,663.00 |
| 2. 2010 | Cleveland-Marshall School of Law (taught class on mediation) | $2,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2010 | Hahn, Loeser & Parks (law firm) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Conference Institute | October 20-21 | New York, N.Y. | Participate in CLE | Airfare, one night hotel, meals |
| 2. | American Bar Assn. | October 13-14 | Chicago, Ill. | Participate in CLE | Airfare, one night hotel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 08/15/2011 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 08/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chevron/Texaco | A | Dividend | K | T | Buy | 01/05/10 | K | | |
| 19. Wayne Cty Ohio Munic. Bonds | B | Interest | K | T | | | | | |
| 20. Hamilton County Sewer Bonds | A | Dividend | J | T | | | | | |
| 21. DWS High Inc. Trust (formerly Kemper High Inc. Trust | A | Dividend | J | T | | | | | |
| 22. Intel | A | Dividend | J | T | | | | | |
| 23. Parker Hannifin | A | Dividend | | | Sold | 11/10/10 | K | D | |
| 24. Rydell Rusell Top 50 | A | Dividend | J | T | | | | | |
| 25. Goldman Sachs Money Mkt | A | Dividend | K | T | | | | | |
| 26. Henderson Intl Opp Fd | A | Dividend | | | Sold | 05/25/10 | K | A | |
| 27. Costco Wholesale Corp | A | Dividend | J | T | | | | | |
| 28. Vanguard Mid-Cap Fd | A | Dividend | J | T | | | | | |
| 29. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 30. Deere & Co. | A | Dividend | K | T | Buy | 05/25/10 | K | | |
| 31. FedEx Corp. | A | Dividend | K | T | Buy | 11/10/10 | K | | |
| 32. | | | | | | | | | |
| 33. Tenneco common | A | Dividend | J | T | | | | | |
| 34. Embarq (spinoff) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 08/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. HR 10 ▨slawfirm (ABA Ret. Fd) managed | A | Dividend | N | T | | | | | |
| 53. | | | | | | | | | |
| 54. Money Market (MLynch) | A | Interest | J | T | | | | | |
| 55. Transistor Devices common | A | Dividend | L | W | | | | | |
| 56. Gabelli Utilities Fd | A | Dividend | | | Sold | 04/13/10 | J | A | |
| 57. American Gr. Fd of America | A | Dividend | J | T | Buy | 04/13/10 | J | | |
| 58. Cohen & Steers REIT | A | Dividend | J | T | Buy | 04/13/10 | J | | |
| 59. Eaton Vance Inc. Fd | A | Dividend | J | T | Buy | 04/13/10 | J | | |
| 60. Templeton Global Bd Fd | A | Dividend | J | T | Buy | 04/13/10 | J | | |
| 61. State of Israel Bond | A | Interest | | | Redeemed | 09/15/10 | J | A | |
| 62. Ford common | A | Dividend | K | T | | | | | |
| 63. Vistcon (Ford spinoff) | A | Dividend | J | T | | | | | |
| 64. Citigroup (acq. Ford spinoff) | A | Dividend | J | T | | | | | |
| 65. Unicom (form. Comm. Ed) | A | Dividend | J | T | | | | | |
| 66. Warburg Pincus Growth | A | Dividend | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. Trust** (lines 69-133) | E | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: | A ~ $1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E - $15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. --State of Israel Bond | | | | | | | | | |
| 70. --Tenneco common | | | | | | | | | |
| 71. --Pactiv Corp | | | | | Sold | 12/14/10 | J | A | |
| 72. --JPMorgan Chase | | | | | | | | | |
| 73. --Sprint Corp | | | | | | | | | |
| 74. --M.Lynch Money Market | | | | | | | | | |
| 75. --U.S. GNM bonds | | | | | | | | | |
| 76. -- Israel Preferred | | | | | | | | | |
| 77. --. Dev. Bank of Israel Pref. | | | | | Sold (part) | 5/28/10 | J | A | |
| 78. -- Amer.Fds New Persp Fd | | | | | | | | | |
| 79. --Amer Inc. Fd of Amer. | | | | | | | | | |
| 80. --American Washington Mut Fd | | | | | | | | | |
| 81. -- Oakmark Intl Fund | | | | | Buy (add'l) | 11/22/10 | J | | |
| 82. --Baron Growth Fd | | | | | Buy (add'l) | 11/22/10 | J | | |
| 83. --Hartford Floating Rt Fd | | | | | | | | | |
| 84. --GNM Bonds | | | | | | | | | |
| 85. --Georgia Power Co. | | | | | Redeemed | 09/27/10 | J | A | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment               T =Cash Market
   (See Column C2)            U =Book Value           V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 08/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Bolt Technologies | | | | | Buy | 08/02/10 | K | | |
| 104. --Bolt Technologies | | | | | Buy (add'l) | 09/13/10 | K | | |
| 105. --Culp Inc. | | | | | Buy | 11/30/10 | K | | |
| 106. --Durect Corp. | | | | | Buy | 05/24/10 | K | | |
| 107. --Durect Corp. | | | | | Buy (add'l) | 09/08/10 | K | | |
| 108. | | | | | | | | | |
| 109. --Money Market (Wachovia) | | | | | | | | | |
| 110. --Laclede Gas common | | | | | | | | | |
| 111. --Nuveen Ohio Munic. Fd | | | | | | | | | |
| 112. --Davis NY Venture Fd | | | | | | | | | |
| 113. --Eaton Vance Tax Managed Gr. Fd (formerly E.V. Marath) | | | | | | | | | |
| 114. --Cedar Fair | . | | | | | | | | |
| 115. --American Express Co. | | | | | | | | | |
| 116. --Chevron/Texaco | | | | | | | | | |
| 117. --XTO Energy (now Exxon Mobil after 2010 merger) | | | | | | | | | |
| 118. --Enterprise Products | | | | | Sold (part) | 11/10/10 | K | D | |
| 119. --Franklin, Ohio Munic. Bond | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E -$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 08/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E = $15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 08/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII (Investments and Trusts), lines 51 and 52:   These are ▓▓▓▓ 401(K) and HR 10 accounts, maintained through ▓ law firm.   They are both professionally managed by ABA Retirement Funds.   ▓▓▓ determines an allocation among generic funds (e.g. bond, large-cap, small-cap). ▓▓ has no knowledge or control of the selection of the specific funds themselves.

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 08/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544